CELIA HORELICK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PENNSYLVANIA RAILROAD COMPANY, DEFEND-ANT-PETITIONER.

See same case below: 24 *N. J. Super.* 413.

*Messrs. O'Mara, Schumann, Davis & Lynch, Mr. Gerald F. O'Mara* and *Mr. William E. Bardusch, Jr.,* for the petitioner.

*Mr. Archie Elkins* for the respondents.

May 25, 1953.   Granted.

HENRY EUGENE READING, PLAINTIFF-RESPONDENT, v. MARGARET JOSEPHINE READING, DEFENDANT-PE-TITIONER.

*Messrs. Milton M. and Adrian M. Unger* for the petitioner.

*Mr. Louis C. Friedman* for the respondent.

May 25, 1953.   Denied.